IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01279-AP

TERRY W. PACHECO,

        Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:
Brandon M. Selinsky
Law Offices of Binder & Binder
770 The City Drive South, Suite 2000
Orange, CA 92868-3504
Phone (714) 564-8640
Fax (714) 940-0311
bselinsky@gmail.com

For Defendant:
JOHN F. WALSH
United States Attorney

WILLIAM G. PHARO
Assistant United States Attorney
United States Attorney's Office
District of Colorado
William.Pharo@usdoj.gov

DAVID BLOWER
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO 80202
Telephone (303) 844-1571
Facsimile (303) 844-0770
david.blower@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

    **A.     Date Complaint Was Filed:** May 15, 2012

    **B.     Date Complaint Was Served on U.S. Attorney's Office:** May 29, 2012

    **C.     Date Answer and Administrative Record Were Filed:** July 25, 2012

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.     OTHER MATTERS**

There are no other matters anticipated.

**8.     BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

    **A.     Plaintiffs Opening Brief Due:** September 24, 2012

    **B.     Defendant's Response Brief Due:** October 24, 2012

    **C.**    **Plaintiffs Reply Brief (If Any) Due:** November 8, 2012

**9.**    **STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B.**    **Defendant's Statement:** Defendant does not request oral argument

**10.**    **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.**    **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.**    **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 9th day of August, 2012.

        BY THE COURT:

        *s/John L. Kane*
        U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Brandon M. Selinksy<br>Brandon M. Selinsky<br>Law Offices of Binder & Binder<br>770 The City Drive South, Suite 2000<br>Orange, CA 92868-3504<br>Phone (714) 564-8640<br>Fax (714) 940-0311<br>bselinsky@gmail.com<br>Attorney for Plaintiff | JOHN F. WALSH<br>United States Attorney<br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br>William.Pharo@usdoj.gov<br><br>By: s/David Blower<br>David Blower<br>Special Assistant United States Attorney<br>1001 Seventeenth Street<br>Denver, Colorado  80202<br>Telephone:  (303) 844-1571<br>Facsimile: (303) 844-0770<br>david.blower@ssa.gov<br>Attorneys for Defendant. |