IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01279-AP

TERRY W. PACHECO,

        Plaintiff,

  v.

MICHAEL J. ASTRUE,
 Commissioner of Social Security,

        Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Brandon M. Selinsky | JOHN F. WALSH |
| Law Offices of Binder & Binder | United States Attorney |
| 770 The City Drive South, Suite 2000 | |
| Orange, CA 92868-3504 | WILLIAM G. PHARO |
| Phone (714) 564-8640 | Assistant United States Attorney |
| Fax (714) 940-0311 | United States Attorney's Office |
| bselinsky@gmail.com | District of Colorado |
| | William.Pharo@usdoj.gov |
| | |
| | DAVID BLOWER |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street |
| | Denver, CO 80202 |
| | Telephone (303) 844-1571 |
| | Facsimile (303) 844-0770 |
| | david.blower@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed:** May 15, 2012

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** May 29, 2012

    C.    **Date Answer and Administrative Record Were Filed:** July 25, 2012

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

## 7. OTHER MATTERS

There are no other matters anticipated.

## 8. BRIEFING SCHEDULE

Counsel for both parties agree to the following proposed briefing schedule:

    A.    **Plaintiffs Opening Brief Due:** September 24, 2012

    B.    **Defendant's Response Brief Due:** October 24, 2012

Case 1:12-cv-01279-MSK   Document 11   Filed 08/09/12   USDC Colorado   Page 3 of 4

    **C.**    **Plaintiffs Reply Brief (If Any) Due:** November 8, 2012

**9.**    **STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:**  Plaintiff does not request oral argument.

    **B.**    **Defendant's Statement:**   Defendant does not request oral argument

**10.**    **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.**    **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.**    **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 9th day of August, 2012.

                                                    BY THE COURT:

                                                    *s/John L. Kane*_____
                                                    U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Brandon M. Selinksy<br>Brandon M. Selinsky<br>Law Offices of Binder & Binder<br>770 The City Drive South, Suite 2000<br>Orange, CA 92868-3504<br>Phone (714) 564-8640<br>Fax (714) 940-0311<br>bselinsky@gmail.com<br>Attorney for Plaintiff | JOHN F. WALSH<br>United States Attorney<br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br>William.Pharo@usdoj.gov<br><br>By: s/David Blower<br>David Blower<br>Special Assistant United States Attorney<br>1001 Seventeenth Street<br>Denver, Colorado  80202<br>Telephone:  (303) 844-1571<br>Facsimile: (303) 844-0770<br>david.blower@ssa.gov<br>Attorneys for Defendant. |